207–17 West 25th Street Co., Inc., Appellant, v. Blu-Strike Safety Razor Blade Co., Inc., Respondent.— In this proceeding by a landlord to recover possession of commercial space leased to the tenant for manufacturing purposes, it appears that the tenant has vacated the premises except for a negligible storage use, and removed its manufacturing operations to another location. The tenant has refused to deliver possession to the landlord, however, and insists upon the privilege of holding . the space as a statutory tenant, apparently believing there is some speculative advantage in maintaining its hold upon the premises. We have said that the emergency rent laws were not enacted for the benefit of persons merely in constructive possession of rental space in commercial buildings. (*WMCA, Inc.,* v. *Blockfront Realty Corp.,* 272 App. Div. 800.) That observation applies to the present case. Determination of the Appellate Term unanimously reversed and the final order of the Municipal Court reinstated, with costs to the appellant in all courts. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [192 Misc. 946.]

Mayer Messinger, Respondent, v. Great Hudson Fur Co., Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

The People of the State of New York ex rel. Silsam Realty Corporation, Respondent, against Harry B. Chambers et al., Constituting the Tax Commission of the City of New York, Appellants. [1773 Longfellow Ave., Borough of The Bronx.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

The People of the State of New York ex rel. Grand Management Co., Inc., Respondent, against Harry B. Chambers et al., Constituting the Tax Commission of the City of New York, Appellants. [2471 Grand Ave., Borough of The Bronx.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

Lottie Partner et al., Respondents, v. Howard S. Palmer et al., as Trustees of the New York, New Haven and Hartford Railroad Company, et al., Appellants.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Van Voorhis and Shientag, JJ., dissent and vote to reverse and dismiss the complaint as to the defendants trustees of the New York, New Haven and Hartford Railroad Company. [See 275 App. Div. 708.]

The People of the State of New York ex rel. 277 West End Ave. Co., Inc., Appellant, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Respondents. [269–279 West End Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of Charles A. Wilson et al., Respondents. Harry A. Landau et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

D. Richard Statile et al., Copartners Doing Business as D. Richard Statile Studio, Respondents, v. Fawcett Publications, Inc., Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See 275 App. Div. 668.]